# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH – FRANCIS LEE ASSOCIATION SUING ON BEHALF OF THEODORE A. PINNOCK; AND THEODORE A. PINNOCK, An Individual,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>JUANA MARIA DELBOSQUE dba BRAVOS MEXICAN BISTRO & CANTINA; ORAMS ENTERPRISES, INC; AND DOES 1 THROUGH 10, Inclusive<br><br>　　　　　Defendants. | Case No.: 07cv0261 BTM (JMA)<br><br>**ORDER GRANTING THE JOINT MOTION TO SET ASIDE DEFAULT JUDGMENT AGAINST ORAMS ENTERPRISES, INC.**<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

  **IT IS HEREBY ORDERED,** pursuant to the Joint Motion of the parties, that the default entered against ORAMS ENTERPRISES, INC. on April 12, 2007 shall be set aside. Defendant ORAMS ENTERPRISES, INC. shall have fifteen (15) days from the date this order to file an answer.

**IT IS SO ORDERED.**

Dated: May 2, 2007

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE BARRY TED MOSKOWITZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE